Form 129

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Levi D. Bloom
Adrienne L. Bloom
fka Adrienne L. Huber**
   Debtor(s)

Bankruptcy Case No.: 17–10192–TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 12, 2017

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Levi D. Bloom
Adrienne L. Bloom
      Debtors

Case No. 17-10192-TPA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: admin     Page 1 of 1     Date Rcvd: Jul 12, 2017
                           Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
db/jdb       +Levi D. Bloom,    Adrienne L. Bloom,    77 Marlin Street,    Brookville, PA 15825-1062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    Sterling Jewelers Inc dba Kay Jewelers kebeck@weltman.com,
      jbluemle@weltman.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Sharon L. Smith    on behalf of Joint Debtor Adrienne L. Bloom slschmedler@gmail.com,
      slschmedler@gmail.com
         Sharon L. Smith    on behalf of Debtor Levi D. Bloom slschmedler@gmail.com,    slschmedler@gmail.com
         Tamera Ochs Rothschild    trothschild@gmx.com,   pa70@ecfcbis.com
                                                                                                     TOTAL: 6